IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANGELO CHIARELLI, On Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>HOLLY CORPORATION, FRONTIER OIL CORPORATION, DOUGLAS Y. BECH, MICHAEL C. JENNINGS, ROBERT J. KOSTELNIK, JAMES H. LEE, PAUL B. LOYD, JR., FRANKLIN MYERS AND MICHAEL E. ROSE,<br><br>        Defendants. | Civil Action No. 3:11-CV-00431-K |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Angelo Chiarelli hereby voluntarily dismisses this action in its entirety without prejudice, with each side to bear their own fees and costs.

Dated: April 19, 2012                  Respectfully submitted,

                                        By: */s/*William B. Federman
                                             William B. Federman
                                           State Bar No. 00794395
                                           FEDERMAN & SHERWOOD
                                           10205 North Pennsylvania Avenue
                                           Oklahoma City, Oklahoma 73120
                                           Telephone: 405.235.1560
                                           Facsimile: 415.239.2112
                                           –and–
                                           2926 Maple Avenue, Suite 200
                                           Dallas, Texas 75201

                Jeffrey Goldfarb
                Trey Branham
                GOLDFARB BRANHAM
                Saint Ann Court
                2501 N. Harwood St., Suite 1801
                Dallas, Texas 75201
                Telephone:  214.583.2233
                Facsimile:   214.583.2234

                Attorneys For Plaintiff Angelo Chiarelli

## CERTIFICATE OF SERVICE

      I certify that, on April 19, 2012, a true and correct copy of the foregoing document was electronically filed pursuant to the electronic filing requirements of the U.S. District Court for the Northern District of Texas.

                */s/*William B. Federman
                William B. Federman